SALVATORE T. GAMBINO, Appellant, v. CYRUS BLEAKLEY, as Mayor of the City of Peekskill, et al., Respondents.—

No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

MILTON GERARD et al., Individually and Doing Business as GEL PERFECTION, Appellants, v. THOMAS RAUH, Individually and Doing Business as RAUH REFRIGERATION Co., Respondent.—

No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.